IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Everett, Herman
Everett, Miranda
Printed: 01/22/09

Case Number: 04 B 18941
Judge: Wedoff, Eugene R
Filed: 5/13/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: December 18, 2008
Confirmed: August 19, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 23,402.00 |  |
| Secured: |  | 16,362.32 |
| Unsecured: |  | 3,264.61 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,255.20 |
| Trustee Fee: |  | 1,265.65 |
| Other Funds: |  | 254.22 |
| Totals: | 23,402.00 | 23,402.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,255.20 | 2,255.20 |
| 2. | Bank Of America | Secured | 0.00 | 0.00 |
| 3. | Grand Geneva LLC | Secured | 0.00 | 0.00 |
| 4. | City Of Chicago | Secured | 0.00 | 0.00 |
| 5. | Resurgent Capital Services | Secured | 0.00 | 0.00 |
| 6. | Grand Geneva LLC | Secured | 0.00 | 0.00 |
| 7. | Bank Of America | Secured | 201.97 | 201.97 |
| 8. | LaSalle Bank NA | Secured | 6,908.14 | 6,908.14 |
| 9. | Ford Motor Credit Corporation | Secured | 9,252.21 | 9,252.21 |
| 10. | Bank Of America | Unsecured | 125.00 | 125.00 |
| 11. | RoundUp Funding LLC | Unsecured | 225.45 | 225.45 |
| 12. | Resurgent Capital Services | Unsecured | 231.47 | 231.47 |
| 13. | Portfolio Recovery Associates | Unsecured | 516.79 | 516.79 |
| 14. | Resurgent Capital Services | Unsecured | 32.06 | 32.06 |
| 15. | Resurgent Capital Services | Unsecured | 901.33 | 901.33 |
| 16. | Dish Network | Unsecured | 80.64 | 80.64 |
| 17. | Discover Financial Services | Unsecured | 705.52 | 705.52 |
| 18. | City Of Chicago Dept Of Revenue | Unsecured | 134.00 | 134.00 |
| 19. | Capital One | Unsecured | 59.61 | 0.00 |
| 20. | Capital One | Unsecured | 312.35 | 312.35 |
| 21. | Peoples Energy Corp | Unsecured | 168.70 | 0.00 |
| 22. | Ameritech | Unsecured |  | No Claim Filed |
| 23. | Bureau Of Collection Recovery | Unsecured |  | No Claim Filed |
| 24. | AT&T Wireless | Unsecured |  | No Claim Filed |
| 25. | Client Collection Services Inc | Unsecured |  | No Claim Filed |
| 26. | Comcast Cablevision | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Everett, Herman
        Everett, Miranda
        Printed: 01/22/09

Case Number:  04 B 18941
Judge:  Wedoff, Eugene R
Filed:  5/13/04

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 28. | Fidelity Investment | Unsecured | | No Claim Filed |
| 29. | Credit Collection | Unsecured | | No Claim Filed |
| 30. | First North American Nat Bk | Unsecured | | No Claim Filed |
| 31. | Kemper Financial Services | Unsecured | | No Claim Filed |
| 32. | Linebarger Goggan Blair Pena & Samp | Unsecured | | No Claim Filed |
| 33. | LaSalle Bank NA | Unsecured | | No Claim Filed |
| 34. | Marcus Vacation Club | Unsecured | | No Claim Filed |
| 35. | Merchants Credit Guide | Unsecured | | No Claim Filed |
| 36. | Nicor Gas | Unsecured | | No Claim Filed |
| 37. | MCM C/O Montgomery Ward | Unsecured | | No Claim Filed |
| 38. | Wolpoff & Abramson | Unsecured | | No Claim Filed |
| 39. | Fifth Third Bank | Unsecured | | No Claim Filed |
| | | | $ 22,110.44 | $ 21,882.13 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 267.65 |
| 4% | 52.70 |
| 3% | 39.58 |
| 5.5% | 218.44 |
| 5% | 65.43 |
| 4.8% | 126.70 |
| 5.4% | 453.23 |
| 6.6% | 41.92 |
| | $ 1,265.65 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

